IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN CARTER                                                                 PETITIONER

V.                                        Civil No. 1:12-cv-1058

RAY HOBBS, Director,
Arkansas Department of Corrections                                              RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant has reviewed Petitioner's Petition for Writ of *Habeas Corpus* (ECF No. 1) and recommends denying the petition. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Petitioner's petition should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 19th day of December, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge